CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jorge Francisco Sandoval-Cruz<br>YOB: 1996; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-00971MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about September 10, 2024, at or near Douglas, in the District of Arizona, **Jorge Francisco Sandoval-Cruz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Douglas, Arizona on July 9, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about September 10, 2024, at or near Douglas, in District of Arizona, **Jorge Francisco Sandoval-Cruz**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Jorge Francisco Sandoval-Cruz** is a citizen of Mexico. On July 9, 2024, **Jorge Francisco Sandoval-Cruz** was lawfully denied admission, excluded, deported and removed from the United States through Douglas, Arizona. On September 10, 2024, agents found **Jorge Francisco Sandoval-Cruz** in the United States at or near Douglas, Arizona without the proper immigration documents. **Jorge Francisco Sandoval-Cruz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Jorge Francisco Sandoval-Cruz** admitted to illegally entering the United States of America from Mexico on or about September 10, 2024, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE [signature] | DATE<br>September 12, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins